IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-0052-CG |
| | ) | (Civil Action No. 09-00502-CG-N) |
| JAMES ALBERT DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This action is before the Court on a motion (doc. 36) filed by James Albert Davis "to correct the record . . . and order the clerk to move all of the documents filed on or after August 1, 2009, . . .to Civil Case Docket #09-00502-CG." Davis essentially asserts that, because his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 28) is "a separate proceeding independant [sic] of the original criminal case," all documents filed in relation to the § 2255 motion should be contained in an entirely separate record in which he is referred to as the "plaintiff" and the United States is referred to as the "defendant-respondent." Davis misunderstands the procedures applicable to § 2255 motions and the docketing procedures in this Court. His § 2255 motion has been given a civil action number, namely Civil Action No. 09-00502-CG-N. However, the criminal case and civil action are and will remain consolidated for record keeping purposes because the essence of the § 2255 motion is to vacate, set aside or correct the sentence imposed on Davis in the criminal case. The Court does not maintain separate files for any § 2255 motion filed in any criminal case arising in this Court. Consequently, it is **ORDERED** that Davis's motion to correct the record is hereby **DENIED**.

Davis is reminded that, if he desired to reply to the Response filed by the United States on December 8, 2009 (doc. 35) in opposition to Davis's § 2255 motion, such reply must be filed with the Court by **no later than January 8, 2010**, at which time defendant's § 2255 motion will be taken under submission.

**Done** this 22nd day of December, 2009.

/s/ Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE