**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL NO. 08-0052-CG** |
| ) | **(Civil Action No. 09-00502-CG-N)** |
| JAMES ALBERT DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 22, 2010, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 14th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE