**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 08-0052-CG |
| | ) (Civil Action No. 09-00502-CG-N) |
| JAMES ALBERT DAVIS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be **DENIED** and **DISMISSED** with prejudice. Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 14th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE